WALLA WALLA LODGE NO. 56, INDEPENDENT ORDER OF ODD
FELLOWS, APPELLANT, V. BOARD OF EQUALIZATION, LINCOLN
COUNTY, APPELLEE.

FILED NOVEMBER 8, 1935. No. 29417.

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, PAINE
and CARTER, JJ., and RYAN, District Judge.

CARTER, J.

This case was previously argued and decided by this
court. *Walla Walla Lodge No. 56, I. O. O. F., v. Board of
Equalization, ante,* p. 292. The cause is again before the
court on motions for a rehearing filed by both parties.

We hold that the building described in the evidence is
subject to assessment for taxation purposes in the sum of
$3,600, as found by this court in a previous opinion, *ante,*
p. 292, the same being 45 per cent. of its assessed value.
On the authority of *Masonic Temple Craft v. Board of
Equalization,* p. 827, *post,* released herewith, the lot upon
which the building stands is also subject to assessment for
taxation purposes to the extent of 45 per cent. of $5,675,
its assessed value, the same being the sum of $2,553.75.
The building and lot therefore ought to be taxed on the
basis of an assessed value of $6,153.75.

To the extent set forth herein the former opinion, *ante,*
p. 292, is modified and the motions for a rehearing over-
ruled.

FORMER OPINION MODIFIED.